In the Matter of ALBERTINA REALTY COMPANY, Respondent.

JACOB R. SCHIFF et al., Doing Business as SCHIFF, DORFMAN & STEIN, Appellants.

(Argued January 9, 1933; decided January 24, 1933.)

*Samuel W. Dorfman* and *Jacob R. Schiff*, appellants in person.

*Charles H. Tuttle* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.